WALTER J. DOLAN PROPERTIES, INC., *et al.,* v. ARTHUR VONNEGUT, as Executor.

158 So. 457.
Division B.
Opinion Filed January 2, 1935.

*W. M. Larkin,* for Appellants;
*Bivens & Huggins,* for Appellee.

PER CURIAM.—This was a foreclosure suit with final decree in favor of complainants.

Whether or not the decree was erroneous depends entirely on the weight and probative force to be given to the evidence.

There is substantial evidence to support the findings and decree of the Chancellor and as it is not made clearly to appear that he committed reversible error, the decree should be affirmed.

It is so ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, BROWN and BUFORD, J. J., concur.